**Michael ALEXANDER, Plaintiff–Appellant,**

v.

**MANUFACTURING & RESEARCH INC., an Arizona corporation, Defendant–Appellee.**

No. 05–16296.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted March 12, 2007.

Filed April 3, 2007.

Thomas M. Quigley, Esq., Abigail E. Haran, Esq., Mohr, Hackett, Pderson, Blakley, Randolph & Haga, P.C., Phoenix, AZ, for Plaintiff–Appellant.

Darrin Jennifer Mollett, Esq., John Laxson Blanchard, Osborn Maledon, Phoenix, AZ, for Defendant–Appellee.

Before: HAWKINS, THOMAS, and CLIFTON, Circuit Judges.

---

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

MEMORANDUM *

After careful consideration of the briefs, the record, and the very helpful arguments in this case, we affirm the judgment of the district court for the reasons given in the district court's Order granting summary judgment.

AFFIRMED.